IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULAZIZ ABDULRAHMAN AL-BADAH, )
et al.                          )
    Detainees, Guantanamo Bay Naval Station )
    *Petitioners/Plaintiffs*,        )
                                )
v.                              )
                                )    No. 1:05CV01641 (CKK)
                                )
GEORGE W. BUSH, et al.          )
                                )
*Respondents/Defendants.*       )

## NOTICE OF FILING OF RETURN OF SERVICE ON UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA DISTRICT KENNETH L. WAINSTEIN

At 10:40 a.m., on August 22, 2005, Mr. Dwayne G. Boston, an employee of a private process server, did serve Kenneth L. Wainstein, Esq., U.S. Attorney, with the Petition for Writs of Habeas Corpus and the Exhibits A-C thereto in the above-captioned case.

Exhibits:
Exhibit A: Affidavit of Service

Dated: September 1, 2005

Respectfully submitted,

/s/ Arnold L. Natali, Jr.
Arnold L. Natali, Jr.
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444
Fax: (973) 624-7070