U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Abdulaziz Abdulrahman Al-Badah, et al.

vs.

George W. Bush, et al.

No. 1:05CV01641

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DWAYNE G. BOSTON, having been duly authorized to make service of the Letter dated August 19, 2005, Petition For Writs of Habeas Corpus and Exhibits A-C in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:40 am on August 22, 2005, I served Kenneth L. Weinstein, Esquire, U.S. Attorney at 501 3rd Street, NW, Washington, DC 20001 by serving Annette Dennis, Paralegal Assistant, authorized to accept. Described herein:

```
  SEX-    FEMALE
  AGE-    50
HEIGHT-   5'7"
  HAIR-   BROWN
WEIGHT-   165
 COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  08-23-05
              Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 157334

Exhibit A