IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHAMED ABDUL AZIZ, and<br>SABIHA AWAD HADRAMI<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.<br><br>Respondents. | )<br>)<br>)<br>)<br>) Civil Action No. 05-0492 (EGS)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF JOSHUA COLANGELO-BRYAN

JOSHUA COLANGELO-BRYAN declares as follows:

1. I am an attorney with Dorsey & Whitney LLP, counsel for certain Guantanamo Bay detainees. I submit this declaration in support of Petitioners' Motion for the Immediate Issuance of a Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2243 Or, Alternatively, to Issue an Order to Show Cause.

2. During client interviews, one client told Dorsey & Whitney LLP that at Guantanamo Bay he has been beaten while praying, choked and hit until unconscious, short shackled to the ground for approximately 16 hours, made to observe a male and a female interrogator who appeared to be having sex, and had his family threatened.

3. During client interviews, another client told Dorsey & Whitney LLP that at Guantanamo Bay he has been threatened with rape and injected with unknown substances.

4. The statements described in paragraphs 2 and 3 above have been deemed "unclassified" by the Department of Defense.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15th day of March, 2005 at New York, New York.

_____
Joshua Colangelo-Bryan