5 of 9 DOCUMENTS

Copyright 2003 Associated Press
All Rights Reserved
Associated Press Online

These materials may not be republished without the express written consent of The Associated Press

August 20, 2003 Wednesday

**SECTION:** DOMESTIC NEWS

**LENGTH:** 189 words

**HEADLINE: Guantanamo Suicide** Attempts Rise to 31

**DATELINE:** WASHINGTON

**BODY:**

Another terrorism suspect at the Pentagon's prison in Guantanamo Bay, Cuba, has tried to kill himself, the second such attempt in as many weeks.

This week's suicide attempt was the 31st since the high-security prison opened in January 2002, Pentagon spokeswoman Lt. Cmdr. Barbara Burfeind said Wednesday. She said the suicide attempt happened in the last few days but could not be more specific.

Twenty prisoners have tried to kill themselves, some more than once. None have so far succeeded.

Most attempts occurred this year, which officials and critics alike have attributed to the effects of indefinite detentions on prisoner morale. Some of the prisoners have been held for more than a 18 months without charges, access to lawyers or indications of whether or when they may be freed.

U.S. authorities are holding some 660 prisoners from 42 countries at Guantanamo on suspicion of links to the al-Qaida terrorist network or Afghanistan's fallen Taliban regime.

President Bush has named six prisoners who could be tried before military tribunals. The next step is for a chief prosecutor to draft charges against them.

**LOAD-DATE:** August 21, 2003