UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SAEED BATARFI, *et al.* )<br>)<br>Petitioners, )<br>)<br>)<br>v. )<br>)<br>)<br>GEORGE W. BUSH, *et al.* )<br>)<br>Respondents. )<br>) | Civ. No. 05-409 (EGS)<br><br>**FILED**<br><br>MAR 9 2005<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### O R D E R

On March 1, 2005, Petitioners filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief. To date, the Government has not responded to that Petition. On March 3, 2005, Petitioners filed a Motion for Writ of Habeas Corpus or Order to Show Cause. Accordingly, it is hereby

**ORDERED** that the Government shall, by **March 18, 2005,** show cause why this writ should not be granted.

3/08/05
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies via ECF to all counsel of record



Notice to:

Terry Marcus Henry, Esquire
US Department of Justice Civil Division
Room 7144
20 Massachusetts Avenue, NW
Washington, DC 2053

Andrew Warden, Esquire
US Department of Justice Civil Division
20 Massachusetts Avenue, NW
Washington, DC 2053

Kenneth L. Wainstein, Esquire
U.S. Attorney for the District of Columbia
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, DC 20530