UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SALIM GHEREBI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No: 04-1164 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

This matter came before the Court on July 29, 2004, for a hearing on the "Petitioner's <u>Ex Parte</u> Application for Order: (1) That Respondents Show Cause Immediately As to the Reason(s) for Petitioner's Detention, or Forthwith Release Petitioner; (2) Requiring that Petitioner's Counsel be Permitted to Meet with Petitioner; (3) That There be No Interference with the Attorney-Client Relationship Between Petitioner and His Counsel; and, (4) That No Options be Put to Petitioner in Which Petitioner's Rights to Habeas Relief in This Court Could be Waived." In accordance with the oral rulings made by this Court at the conclusion of this hearing, it is hereby this 29th day of July, 2004

**ORDERED** that, in accord with the government's concession, the government shall not seek to have the petitioner waive any rights related to the petitioner's attempt to seek habeas corpus relief in this Court. It is

**FURTHER ORDERED** that the petitioner's counsel's request to restrict communicative contact between government officials and the petitioner during the pendency of this habeas

1

corpus proceedings is **DENIED**.[1] It is

**FURTHER ORDERED** that upon consideration of the petitioner's application for a writ of habeas corpus and pursuant to 28 U.S.C. § 2243, the respondents shall show cause why the writ should not be granted by Tuesday, August 3, 2004 at 8:00 p.m. It is

**FURTHER ORDERED** that if the respondents are unable to timely comply with this deadline or are of the opinion that they cannot do so without revealing classified information that might jeopardize national security, they shall file a motion for extension of time by the same date and time set forth above representing why good cause exists for an extension of time pursuant to 28 U.S.C. § 2243, or why they are otherwise unable to respond to this Order to show cause as instructed by the Court.[2] It is

**FURTHER ORDERED** that should the respondents decide to file a motion to dismiss this action prior to responding to this Order to show cause, they shall so advise both this Court and the petitioner's counsel by Friday, July 30, 2004 at 5 p.m.[3]

**SO ORDERED.**

REGGIE B. WALTON<br>United States District Judge

---

[1] The Court specifically reserved a ruling on the admissibility of any evidence that may be obtained from the petitioner during any such contacts that may occur.

[2] In the event the government decides to file a motion to dismiss, the Court will forthwith enter an expedited briefing schedule.

[3] As the respondents represented and the Court recognized, the government's ability to respond to this Order may be impacted by the fact that petitioner's counsel have not yet received security clearances.