UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIL EL-BANNA, <u>et al.</u>, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, <u>et al.</u>, )<br>)<br>    Respondents. )<br>) | Civil Action No. 04-1144 (RWR) |

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is this 23rd day of July 2004,

ORDERED that respondents, by counsel, shall, within 20 days of service of a copy of this Order and the Amended Petition, file with this Court and serve on the petitioners a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of the Court is directed to furnish copies of this Order to the United States Marshal for purpose of making service on respondents.

                                                RICHARD W. ROBERTS
                                                United States District Judge