UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMOAD ABDAH, et al.,<br><br>        Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>        Respondents. | Civil Action 04-01254 (HHK) |

ORDER TO SHOW CAUSE

It is by the Court this 6th day August, 2004, hereby,

**ORDERED** that Respondents, within ten (10) days of the docketing of this order, shall file with the Court and serve on Petitioners a statement showing why the Writ of Habeas Corpus sought by Petitioners should not be granted.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge