IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAZIZ ABDULRAHMAN AL-BADAH, et al.<br>    Detainees, Guantanamo Bay Naval Station<br>    *Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH, et al.<br><br>*Respondents/Defendants.* | No. 1:05CV01641 (CKK) |

## NOTICE OF FILING OF RETURN OF SERVICE ON ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES

On September 10, 2005, Alberto Gonzales, Attorney General of the United States, was served by certified mail, return receipt requested with the Petition for Writs of Habeas Corpus in the above-captioned case. Service of process was undertaken and performed by DGR Legal Services, a private process server.

Exhibits:
Exhibit A: Return Receipt dated September 10, 2005 from U.S. Dept. of Justice.

Dated: October 6, 2005

Respectfully submitted,

/s/ Arnold L. Natali, Jr.
Arnold L. Natali, Jr.
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444
Fax: (973) 624-7070

ME1\5282098.1