IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAZIZ ABDULRAHMAN AL-BADAH, et al.<br>    Detainees, Guantanamo Bay Naval Station<br>    *Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH, et al.<br><br>*Respondents/Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:05CV01641 (CKK)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF RETURN OF SERVICE ON ARMY COL. MIKE BUMGARNER, COMMANDER JOINT DETENTION OPERATIONS GROUP

On September 26, 2005, Army Col. Mike Bumgarner, Commander, Joint Detention Operation Group, was served by certified mail, return receipt requested with the Petition for Writs of Habeas Corpus in the above-captioned case. Service of process was undertaken and performed by DGR Legal Services, a private process server.

Exhibits:
Exhibit A: Return Receipt dated September 26, 2005 from Guantanamo Naval Base, Cuba.

Dated: October 6, 2005

Respectfully submitted,

/s/ Arnold L. Natali, Jr.
Arnold L. Natali, Jr.
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444
Fax: (973) 624-7070

ME1\5282109.1