| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* MICHAEL BUMGARNER  B. Date of Delivery 26 SEP 05 <br> C. Signature x *Mich X Bumgar*  ☒ Agent  ☐ Addressee |
| 1. Article Addressed to: <br><br> **ARMY COLONEL MIKE BUMGARNER** <br> **COMMANDER, JOINT DETENTION** <br>    **OPERATIONS GROUP** <br> **JTF-GTMO** <br> **APO, AE  09360** | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7099 3400 0002 6439 8707 |

PS Form 3811, July 1999       Domestic Return Receipt       102595-00-M-0952



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
COL. MIKE BUMGARNER

| | | |
|---|---|---|
| Postage | $ 1.52 | |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.57 | |

Name (Please Print Clearly) (to be completed by mailer)

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, July 1999       See Reverse for Instructions

7099 3400 0002 6439 8707