## Welch, Jason

| | |
|---|---|
| **From:** | Natali, Arnold |
| **Sent:** | Thursday, October 06, 2005 1:52 PM |
| **To:** | Natali, Arnold; Preeya.Noronha@usdoj.gov |
| **Cc:** | Welch, Jason; Weinstock, Oded; ggutierrez@ccr-ny.org; Hirsh, Jeremy |
| **Subject:** | RE: Guantanamo Detainee cases |
| **Importance:** | High |

Preeya:

I left a voicemail message for you today regarding DOJ's request for a stay. We would like to discuss the following with you to determine if your clients would agree to all or part of the following:

1. DOJ will forward to petitioners' counsel factual returns, and any and all documents referenced therein, within 10 days for all petitioners;

2. Petitioners will agree to the entry of the protective order and supplemental order but reserve the right to raise objections to the order in the trial and appellate courts, if necessary;

3. None of petitioners' rights and remedies are waived by entry of the protective order or the stay order;

4. DOJ will approve or issue determinations of petitioners' counsel's security clearances by October 17, 2005; and

5. DOJ will provide petitioners and their counsel thirty days advance notice prior to any transfer.

You can call me on my direct line at 973-639-2035 to discuss.

Very truly yours,


Arnold L. Natali, Jr.


-----Original Message-----
From: Natali, Arnold
Sent: Tuesday, October 04, 2005 5:21 PM
To: 'Preeya.Noronha@usdoj.gov'; anna@johnhollandlaw.com; mhandley@CMHT.com; Welch, Jason
Cc: Natali, Arnold; Welch, Jason; Weinstock, Oded; Hirsh, Jeremy
Subject: RE: Guantanamo Detainee cases


Preeya:

I will do my best to give you our position by this Friday.

Arnold

-----Original Message-----
From: Preeya.Noronha@usdoj.gov [mailto:Preeya.Noronha@usdoj.gov]
Sent: Thursday, September 29, 2005 3:05 PM
To: anna@johnhollandlaw.com; mhandley@CMHT.com; Natali, Arnold; Welch, Jason
Subject: Guantanamo Detainee cases


Dear Counsel:

1

Respondents intend to move to stay proceedings in Rabbani v. Bush and Al-Badah v. Bush pending resolution of the pending appeals of Judge Green's January 31, 2005 decision and Judge Leon's January 19, 2005 decision in some of the other Guantanamo detainee cases. The requested stay, however, would not apply to entry of the November 8, 2004 Protective Order, along with the December 13, 2004 supplement to the Protective Order, as well as entry of a order, consistent with Judge Green's November 10, 2004 Order in the other coordinated cases, requiring that petitioners' counsel treat information designated as "protected information" as "protected information" under the Protective Order, unless and until the Court rules that the information should not be designated as "protected."

I'm writing to ascertain your position on this motion, and would appreciate hearing from you at your earliest convenience. Thanks very much.

Preeya Noronha

Preeya M. Noronha

Trial Attorney

United States Department of Justice

Civil Division, Federal Programs Branch

20 Massachusetts Avenue, Rm 7226

Washington, DC 20530

Tel: (202) 514-3338

Fax: (202) 616-8202

E-Mail: preeya.noronha@usdoj.gov