IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAZIZ ABDULRAHMAN AL-BADAH, et al., )<br>)<br>Petitioners, )<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. ) | Docket No. 1:05CV 01641 (CKK)<br><br>Document Nos. 3,7 |

**Proposed Order: Granting Motion to Stay, in part, Ordering 30 Days' Notice of Intent to Move Petitioners, Order Respondents to Show Cause**

It is ORDERED this _____ day of _____, 2005 that the Petitioners Motion for Order to Show Cause is hereby GRANTED and it is further ORDERED that the Respondents file a factual return with the Court within 20 days and provide counsel for the Petitioners such return and all documents mentioned therein; and it is

FURTHER ORDERED that the Motion to Stay is Granted; and it is

FURTHER ORDERED that the Respondents, their agents, servants, employees, confederates and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order, may not remove the Detained Petitioners from Guantánamo Bay without first providing the Court and the Petitioners' counsel of 30 days advance notice of any proposed transfer of the Detained Petitioners to a country where the Respondents have an understanding with that country that the purpose of the transfer is for anything other than release; and it is

FURTHER ORDERED that the court ENTERS by way of reference the protective order previously filed with the Respondents' Motion to Stay and that the Petitioners may file such objections to the same when appropriate.

SO ORDERED.

_____, J

United States District Judge