IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULAZIZ ABDULRAHMAN AL-BADAH, )
et al. )
    Detainees, Guantanamo Bay Naval Station )
    *Petitioners/Plaintiffs*, )
     )
v. )
     )    No. 1:05CV01641 (CKK)
     )
GEORGE W. BUSH, et al. )
     )
*Respondents/Defendants.* )

## NOTICE OF FILING OF RETURN OF SERVICE ON ARMY BRIG. GENERAL J. HOOD, COMMANDER, JOINT TASK FORCE, GTMO

On September 27, 2005, Army Brig. General J. Hood, Commander, Joint Task Force, GTMO, was served by certified mail, return receipt requested with the Petition for Writs of Habeas Corpus in the above-captioned case. Service of process was undertaken and performed by DGR Legal Services, a private process server.

Exhibits:
Exhibit A: Return Receipt dated September 27, 2005 from Guantanamo Naval Base, Cuba.

Dated: October 12, 2005                                Respectfully submitted,

                                                                /s/ Arnold L. Natali, Jr.
                                                               Arnold L. Natali, Jr.
                                                                McCarter & English, LLP
                                                                Four Gateway Center
                                                                100 Mulberry Street
                                                                Newark, New Jersey 07102
                                                                Tel: (973) 622-4444
                                                               Fax: (973) 624-7070

ME1\5288787.1