**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Edwin Lopez
B. Date of Delivery: 27-SEPT-05
C. Signature: X Edwin L___  ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☒ No
   If YES, enter delivery address below:

1. Article Addressed to:

   ARMY BRIG. GENERAL J. HOOD
   COMMANDER, JOINT TASK FORCE, GTMO
   JTF-GTMO
   APO, AE 09360

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7099 3400 0002 6439 8677

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: BRIG GEN'L J. HOOD

| | |
|---|---|
| Postage | $ 1.52 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.57 |

Postmark Here

Name (Please Print Clearly) (to be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, July 1999      See Reverse for Instructions

7099 3400 0002 6439 8677