UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULAZIZ ABDULRAHMAN AL-BADAH, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

    Respondents.

Civil Action No. 05–1641 (CKK)

**ORDER**
(November 17, 2005)

The Court issued an [12] Order on October 19, 2005, staying this case. Petitioners and Respondents having submitted themselves to the jurisdiction of this Court, and the Court having asserted *in personam* jurisdiction, *see Rasul v. Bush*, 542 U.S. 466 (2004), the stay issued by the Court on October 19, 2005, is amended to now include the Court's receipt of notice from Respondents 30 days in advance of any release, repatriation, or rendition that would remove Petitioners from the Court's jurisdiction. This requirement will remain in effect until further order of the Court.

Accordingly, it is this 17th day of November, 2005, hereby

ORDERED that Respondents shall provide the Court with 30 days notice in advance of any release, repatriation, or rendition of Petitioners; it is also

ORDERED that [10] Petitioners' Motion for an Order Requiring 30-Days Advance Notice

of Any Intended Removal of Detained Petitioners from Guantanamo and/or Preliminary Injunction is unnecessary and DENIED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge