IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
File #05-1641  CKK

ABDULAZIZ ABDULRAHMAN AL-BADAH, )
ABDULAZIZ MOHAMMED AL-NASER and )
IBRAHIM MOHAMMED AL-NASER, )
    Detainees, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, CUBA, )
     )
ABDULLAH ABDULAZIZ AL-BADAH, )
    As Next Friend of Detainess; )
     )
Petitioners/Plaintiffs, )
     )
v. ) Notice of Appeal
     )
GEORGE W. BUSH )
President of the United States )
The White House )
1600 Pennsylvania Ave., N.W. )
Washington DC 20500; )
     )
DONALD RUMSFELD, )
Secretary, United States )
Department of Defense )
1000 Defense Pentagon )
Washington, DC 20301-1000; )
     )
ARMY BRIG. GEN. JAY HOOD, )
Commander, Joint Task Force – GTMO )
JTF-GTMO )
APO AE 09360; and )
     )
ARMY COL. MIKE BUMGARNER, )
Commander, Joint Detention Operations )
Group – JTF GTMO )
JTF-GTMO )
APO AE 09360, )
     )
Respondents/Defendants. )

## NOTICE OF APPEAL

NOTICE is hereby given that Petitioners, Abdulaziz Abdulrahman Al-Badah, Abdulaziz Mohammed Al-Naser and Ibrahim Mohammed Al-Naser, in the above-named case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from that portion of the Court's October 19, 2005 Order (1) staying this case pending a resolution of the

relevant issues by the Court of Appeals and (2) denying Petitioners' request for immediate production of factual returns and instead ordering Respondents to produce factual returns within 30 days of a ruling on the relevant issues from the Court of Appeals.

Dated: December 9, 2005

Respectfully Submitted,

*[signature]*

Arnold L. Natali, Jr. (NJ4811)
LEAD COUNSEL
McCarter & English, LLP
Four Gateway Center
100 Mulberry St
Newark, New jersey 07102
(973) 622-4444
(973) 624-7070 Fax

Paula M. Jones (PA83506)
McCarter & English, LLP
Mellon Bank Center
1735 Market St Suite 700
Philadelphia PA 19103
215-979-3844
215-988-4336 Fax

*Of Counsel*
Barbara Olshansky (NY0057)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York NY 10012
(212) 614-6439
(212) 614-6499 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2005, I caused the foregoing Notice of Appeal to be served on the counsel and parties listed below by certified United States mail:

PREEYA M. NORONHA
U.S. Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW Room 7144
Washington DC 20530

GEORGE W. BUSH
President of the United States
The White House
1600 Pennsylvania Ave., N.W.
Washington DC 20500;

DONALD RUMSFELD,
Secretary, United States
Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000;

ARMY BRIG. GEN. JAY HOOD,
Commander, Joint Task Force – GTMO
JTF-GTMO
APO AE 09360; and

ARMY COL. MIKE BUMGARNER,
Commander, Joint Detention Operations
Group – JTF GTMO
JTF-GTMO
APO AE 09360,

_____
PAULA M. JONES