IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAZIZ ABDULRAHMAN AL-BADAH, et al., <br><br> Petitioners, <br> v. <br><br> GEORGE W. BUSH, President of the United States, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> )  Civil Action No. 05-CV-1641 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING

NOTICE is hereby given that, pursuant to the protective orders entered herein by the Court's Order of October 19, 2005 (docket no. 12), on May 8, 2006, petitioners will file with the Court Security Office a submission which may include information that will be designated as "protected information" pursuant to the protective orders.

Respectfully submitted,

Dated: May 8, 2006

/s/ Arnold L. Natali
Arnold L. Natali, Jr. (NJ4811)
LEAD COUNSEL
McCarter & English, LLP
Four Gateway Center
100 Mulberry St
Newark, New Jersey 07102
(973) 622-4444
(973) 624-7070 Fax

*Of Counsel*
Barbara Olshansky (NY0057)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York NY 10012
(212) 614-6439
(212) 614-6499 Fax

Counsel for Petitioners