IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULAZIZ ABDULRAHMAN AL-BADAH, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-CV-1641 (CKK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF TRANSFER OF PETITIONER Al-BADAH AND
WITHDRAWAL OF REQUEST FOR DESIGNATION OF
<u>CERTAIN INFORMATION AS PROTECTED INFORMATION</u>**

Respondents hereby provide notice that the United States has relinquished custody of petitioner Abdulaziz Abdulrahman Al-Badah and transferred him to the control of the Government of the Kingdom of Saudi Arabia.

In accordance with the Stipulation and Order filed with the Court on June 14, 2006, the parties agreed that, pursuant to the protective orders entered by the Court's Order of October 19, 2005 (dkt no. 12), Respondents' Notice Pursuant To The Court's November 17, 2005 Order, as well as the Stipulation and Order, shall be designated as "Protected Information" pending the publicly filed notice by respondents that the transfer of petitioner to the Kingdom of Saudi Arabia has been completed. Accordingly, the transfer having taken place, the parties hereby withdraw their request to have the notice and stipulation treated as protected information.[1]

---

[1] Consistent with this withdrawal, respondents' Notice Pursuant To The Court's November 17, 2005 Order (filed on June 13, 2006) and the Stipulation and Order (filed on June

Dated: June 27, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

 /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
MARC A. PEREZ
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents

---

14, 2006), previously filed under seal as protected information, may be unsealed and filed on the public record.  To the extent the Court's June 14, 2006 Order was filed under seal because it contains the protected information originating in the June 14, 2006 notice and the June 14, 2006 stipulation, the parties have no objection to the Court unsealing the June 14, 2006 Order.