IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULAZIZ ABDULRAHMAN AL-BADAH, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1641 (CKK) (AK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

**NOTICE OF TRANSFER OF PETITIONER Al-NASER AND
WITHDRAWAL OF MOTION FOR DESIGNATION OF
CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody of petitioner Ibrahim Mohammed Al-Naser and transferred him to the control of the Government of the Kingdom of Saudi Arabia.

Because the transfer of petitioner has been completed, respondents hereby withdraw their Motion For Designation Of Certain Information As "Protected Information" Under The Protective Orders (filed on May 24, 2006).[1]

---

[1] Consistent with this withdrawal, respondents' Notice Pursuant To The Court's November 17, 2005 Order (filed on April 27, 2006), as well as the Motion For Designation Of Certain Information As "Protected Information" Under The Protective Orders (filed on May 24, 2006) and Reply In Support Of Motion (filed on June 12, 2006), previously filed under seal as protected information, may be unsealed and filed publicly. Respondents also have no objection to public filing of petitioner's response to respondents' notice (filed on May 8, 2006) and petitioner's opposition to respondents' motion (filed on May 24, 2006). Finally, respondents have no objection to public filing of the transcript of proceedings held before Magistrate Judge Kay on June 23, 2006.

Dated:  June 27, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
MARC A. PEREZ
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents