IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAZIZ ABDULRAHMAN AL-BADAH, et al., <br><br> Petitioners, <br> v. <br><br> GEORGE W. BUSH, President of the United States, et al., <br><br> Respondents. | Civil Action No. 05-CV-1641 (CKK) |

## NOTICE OF FILING OF MEMORANDUM OF LAW IN OPPOSITION TO RESPONDENTS' MOTION TO EXAMINE PRIVILEGED COMMUNICATIONS AND MOTION FOR OTHER RELIEF

Petitioner Abdulaziz Mohammed Al-Naser, through his undersigned counsel, hereby gives notice of filing his Memorandum Of Law In Opposition To Respondents' Motion To Examine Privileged Communications And Motion For Other Relief.

Respectfully submitted,

Dated: July 20, 2006

/s/ Arnold L. Natali
Arnold L. Natali, Jr. (NJ4811)
LEAD COUNSEL
McCarter & English, LLP
Four Gateway Center
100 Mulberry St
Newark, New Jersey 07102
(973) 622-4444
(973) 624-7070 Fax

*Of Counsel*
Barbara Olshansky (NY0057)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York NY 10012
(212) 614-6439
(212) 614-6499 Fax

Counsel for Petitioners

ME1\5752275.1