UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULAZIZ ABDULRAHMAN AL-BADAH, *et al.*,<br><br>  Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>  Respondents. | Civil Action No. 05-1641 (CKK) |

## ORDER

On December 20, 2006, Respondents provided the Court notice [45] that Petitioner Abdulaziz Mohammed Al-Naser (ISN 273) had been transferred to the Kingdom of Saudi Arabia and released from United States custody. The Court had previously received notice from Respondents on June 27, 2006 that Petitioners Abdulaziz Abdulrahman Al-Badah [29] and Ibrahim Mohammed Al-Naser [30] had been transferred to the Kingdom of Saudi Arabia and released from United States custody. As a result, it is, this 2nd day of January, 2007, hereby

**ORDERED** that as Respondents have withdrawn their previous requests to have the Notices and Stipulations and Orders filed with the Court designated as "Protected Information" pursuant to the Court's October 19, 2005 Order prior to public notice of Petitioners' transfers, those Notices and Stipulations and Orders shall no longer be treated as "Protected Information"; it is further

**ORDERED** that as all three Petitioners have been transferred from the custody of the United States, there is no case or controversy pending before the Court and there exists no remedy that the Court can provide to Petitioners. This case is now moot and is therefore DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable order*.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge